# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| QUINTEZ TALLEY, | : | No. 3:18cv868 |
| --- | --- | --- |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | (Magistrate Judge Mehalchick) |
| JOHN E. WETZEL, et al., | : | |
| Defendants | : | |

## ORDER

**AND NOW**, to wit, this 23rd day of August 2019, we have before us for disposition Magistrate Judge Karoline Mehalchick's report and recommendation, which proposes the dismissal of plaintiff's *pro se* civil action. After a careful review of the findings, it is hereby **ORDERED** as follows:

1) The plaintiff's objections (Doc. 30) are overruled;

2) The Report and Recommendation (Doc. 29) is adopted;

3) The motion to dismiss (Doc. 20) is **GRANTED**;

4) The plaintiff's federal law claims (Doc. 1) are **DISMISSED** with prejudice and the plaintiff's state law claims (Doc. 1) are dismissed without prejudice;

5) The plaintiff's motion for a hearing (Doc. 32) is denied; and

6) The Clerk of Court is directed to close this case.

BY THE COURT:

JUDGE JAMES M. MUNLEY
United States District Court